UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NED CASTOR, | ) <br> ) CASE NO. 3:22-cv-00151 <br> ) |
| Plaintiff, | ) JUDGE WALTER H. RICE <br> ) |
| vs. | ) <br> ) |
| GREATER DAYTON REGIONAL TRANSIT AUTHORITY, | ) <br> ) <br> ) |
| Defendant. | ) |

### ORDER

Upon review of the unopposed *Motion of Defendant Greater Dayton Regional Transit Authority to Extend Time to File Reply Memorandum in Support of Summary Judgment*, and for good cause shown, the Court hereby GRANTS the Motion. Defendant shall file its Reply Memorandum in Support of Summary Judgment on or before June 19, 2023.

IT IS SO ORDERED.

6-5-23
DATE

UNITED STATES DISTRICT JUDGE