# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION (DAYTON)

NED CASTOR,             )      CASE NO. 3:22-cv-00151
                            )
           Plaintiff,       )      JUDGE WALTER H. RICE
                            )
             v.              )      ᵎ **ORDER**
                            )
GREATER DAYTON REGIONAL     )
TRANSIT AUTHORITY,        )
                            )
           Defendant.

Upon the Parties' Joint Motion to Vacate the Case Scheduling Order ("Motion"), and for good cause shown, the Court **GRANTS** the Motion. The Clerk is ordered to vacate the deadlines set in the Court's September 16, 2022 Preliminary Pretrial Conference Order until further order of this Court.

The Parties shall submit a proposed Amended Case Scheduling Order within fourteen (14) days of this Court's decision on Defendant's pending motion for summary judgment, if necessary.

**IT IS SO ORDERED.**

Date: 8-7-23

                          _Walter H. Rice_
                          Judge Walter H. Rice

Respectfully submitted,

*/s/ Evan R. McFarland*

Evan R. McFarland (0096953)
**THE SPITZ LAW FIRM, LLC**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: evan.mcfarland@spitzlawfirm.com

*Attorney for Plaintiff Ned Castor*

*/s/ Ronald G. Linville*

Ronald G. Linville (0025803)
Allison R. Thomas (0090723)
**BAKER & HOSTETLER LLP**
200 Civic Center Drive
Suite 1200
Columbus, OH 43215-4138
Phone: (614) 228-1541
Fax:(614) 462-2616
Email: rlinville@bakerlaw.com
Email: arthomas@bakerlaw.com

*Attorneys for Defendant*